AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

OSWALDO NAVARRETE, on behalf of himself
and others similarly situated,

*Plaintiff(s)*

v.

EL POPO MINI MARKET CORP.;
BAKERY & MINI MARKET EL POPO, INC.;
and JESUS LEAL, individually,

*Defendant(s)*

Civil Action No. 22 cv 2341

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EL POPO MINI MARKET CORP.           JESUS LEAL
88-28 Roosevelt Ave.                88-28 Roosevelt Ave.
Jackson Heights, NY 11372           Jackson Heights, NY 11372

BAKERY & MINI MARKET EL POPO, INC.
88-28 Roosevelt Ave.
Jackson Heights, NY 11372

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cilenti & Cooper, PLLC
200 Park Avenue - 17th Floor
New York, New York 10166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 4/26/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

